IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ADRIAN S. NUNEZ,

    Plaintiff,

vs.                              Case No. 2:17-cv-01008-KG-GBW

WAL-MART STORES EAST, L.P.

    Defendants.

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

This matter came before the Court on Defendant's Unopposed Motion to Dismiss with Prejudice ("Motion") filed on June 4, 2018 (Doc. 33). The Court, having reviewed the Motion and being otherwise fully advised in the premises, FINDS the Motion well taken.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned proceeding is hereby dismissed with prejudice, with each party to bear his or its own attorneys' fees and costs incurred herein.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

LITTLER MENDELSON, P.C.

By: */s/ Charlotte Lamont*
    Steven G. Biddle
    Charlotte Lamont

Attorneys for Defendant

Agreed to:

LAW OFFICE OF JESSICA MENDEZ, P.C.


By: *Electronic approval given 5/29/18*
      Jessica Mendez

Attorneys for Plaintiff